# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00103-AN |
| v. | **INFORMATION** |
| DONNA J. ROYSTON, | 18 U.S.C. § 641 |
| Defendant. | |

### THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
**(Theft of Government Money)**
**(18 U.S.C. § 641)**

Between on or about January 1, 2017, and continuing until on or about February 28, 2024, in the District of Oregon, defendant **DONNA J. ROYSTON** did willfully and knowingly steal and convert to defendant's own use, money of the United States Social Security Administration (SSA), a department and agency of the United States, over the amount of $1,000, that is, about $101,150.88 in SSA Title II benefits.

///

///

In violation of Title 18, United States Code, Section 641.

Dated: March 17, 2025                                   Respectfully submitted,

                                                        WILLIAM M. NARUS
                                                        Acting United States Attorney


                                                        __*/s/ Robert S. Trisotto*_____
                                                        ROBERT S. TRISOTTO
                                                        Assistant United States Attorney